DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JIMMY THOMAS** and **BERTIE THOMAS,**
Appellants,

v.

**UNITED PROPERTY & CASUALTY INSURANCE COMPANY,**
Appellee.

No. 4D17-2252 & 4D17-3745

[January 3, 2019]

Consolidated appeal and cross-appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael L. Gates, Judge; L.T. Case No. CACE2016002766.

Andrew C. Barnard and Garrett W. H. Clifford of Barnard Law Offices, L.P., Miami, for appellants.

Sarah Lahlou-Amine of Banker Lopez Gassler P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., LEVINE and KLINGENSMITH, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***